IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JEFFREY JAMES McHENRY,**                     09-CV-961-BR

    **Plaintiff,**

                                                 **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,
Commissioner of Social
Security,**

    **Defendant.**

    Based on the Court's Opinion and Order (#13) issued December 14, 2010, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 14th day of December, 2010.

                                               /s/ Anna J. Brown

                                               ANNA J. BROWN
                                               United States District Judge

1 - JUDGMENT